# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Priya Bhambi | ) Case No. 23-mj-4050-DHH |
| and | ) |
| Samuel N. Montronde | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 2022 - October 2022** in the county of **Suffolk** in the
_____ District of **Massachusetts**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Brendan Donlan.

☑ Continued on the attached sheet.

*Brendan Donlan*
_____
*Complainant's signature*

Brendan Donlan, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: January 10, 2023

_____
*Judge's signature*

City and state: Boston, MA        Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*