**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II** Investigating Agency **FBI**

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  23-MJ-4050-DHH
Search Warrant Case Number  23-MJ-4051
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Samuel N. Montronde   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Samuel N. Montrond

Address: (City & State) Boston, Massachusetts

Birth date (Yr only): 1985  SSN (last4#): 6509  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Leslie A, Wright  Bar Number if applicable: IL 6307355

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/10/2023  Signature of AUSA: /s/ Leslie A. Wright

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Samuel N. Montronde

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____