IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                               ) | Criminal No. 23-mj-4050-DHH |
| ) | |
| PRIYA BHAMBI and         ) | |
| SAMUEL N. MONTRONDE, ) | |
| ) | |
| Defendants             ) | |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT IN PART

The United States hereby respectfully moves the Court to unseal the criminal complaint and supporting affidavit, in part. In support of this motion, the government states that the defendants were arrested on January 11, 2023, and that there is no further reason to keep the charging documents secret. However, certain financial account information contained in the supporting affidavit should remain under seal. Accordingly, the government respectfully requests that the Court file a redacted version of the supporting affidavit, attached hereto, on the public docket with the unredacted version to remain under seal.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Leslie A. Wright
LESLIE A. WRIGHT
Assistant U.S. Attorney

Date: January 11, 2023

Motion to Unseal in Part is ALLOWED.

_/s/ David H. Hennessy_
Honorable David H. Hennessy
U.S. Magistrate Judge

**Jan 11, 2023**